IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SPECTRON SITE GROUP,<br>      Plaintiff | : <br> : <br> : | |
| v. | : <br> : | Civil No. AMD 02-3857 |
| ABB, INC., et al.,<br>      Defendants | : <br> : | |

...o0o...

ORDER

Plaintiff's counsel has advised the court that it was the intention of the parties herein that the Consent Judgment entered in the companion case, No. AMD 02-3857, should be entered in this case as well. Accordingly, it is by the United States District Court for the District of Maryland this 24th day of April, 2003, ORDERED

(1)     That the Consent Judgment entered in Case No. AMD 02-3857 IS INCORPORATED HEREIN BY EXPRESS REFERENCE; and it is further ORDERED

(2)     That the Clerk shall CLOSE THIS CASE subject to the court's continuing jurisdiction, as set forth in the subject Consent Judgment.

                                                                                            /s/
                                                                         ANDRE M. DAVIS
                                                                         United States District Judge